# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH ARGUETA, mother and next friend of the minor child JOSE HENRIQUEZ,  )<br>)<br>)<br>)<br>     Plaintiff,   )<br>)<br>v.       )<br>)<br>GOVERNMENT OF DISTRICT OF COLUMBIA,    )<br>)<br>)<br>     Defendant.   ) | Civil Action No. 04-00260 (RCL) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's motion for Summary Judgment is DENIED and plaintiff's motion for Summary Judgment is GRANTED;

It is FURTHER ORDERED that plaintiff is awarded three years of compensatory education services to compensate him for defendant's failure to provide the related services and specialized instruction as required by plaintiff's IEP's for school years 2001-02, 2002-03, and 2003-04; and it is further

ORDERED that per the agreement reached by the parties at the administrative hearing in this matter, defendant shall fund an independent assistive technology evaluation of plaintiff.

Plaintiff may submit an application for attorneys fees and costs in accordance with LCvR 54.2.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, Jan. 27, 2005.